

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00281-CV

City of Crawford, Texas
v.
DCDH Development, LLC

On Appeal from the
170th District Court of McLennan County, Texas
Trial Court Cause No. 2019-1765-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part and the cause remanded in part to the trial court. The Court orders the judgment of the trial court REVERSED and RENDERS JUDGMENT IN PART and REMANDS IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

March 24, 2022